IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 80

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PHILLIP SAMPSON ARMACHAIN, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Detention Hearing (#19) and (#23) filed by counsel for Defendant. The undersigned scheduled a detention hearing in this matter for the convenience of Defendant and his attorney and conducted a detention hearing on August 18, 2017. Therefore, the Motion for Detention Hearing is allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Detention Hearing (#19) and (#23) are **ALLOWED**. A detention hearing was conducted by this Court on August 18, 2017 and an Order concerning the hearing is being entered herewith.

Signed: August 25, 2017

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge

1