**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:17 cr 80**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PHILLIP SAMPSON ARMACHAIN, SR. ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is Defendant's Motion to Compel Discovery [# 28].

The Government has since provided Defendant with Discovery, and Defendant filed

a Notice of Withdrawal of Motion [# 45]. Therefore, the Court **DENIES** and

**DISMISSES** the motion [# 28].

Signed: October 17, 2017

Dennis L. Howell
United States Magistrate Judge