# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:17-cr-00080-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| PHILLIP ARMACHAIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 84).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 10 days the Government shall file a response to Defendant's motion. <u>This is the second Order requiring the Government to respond</u>. The Government did not respond to the Court's first order.

Signed: September 17, 2021

Max O. Cogburn Jr
United States District Judge