# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:17-cr-80-MOC-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **PHILLIP ARMACHAIN,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 84).

The Court ordered the Government to respond to the motion. The Government does not oppose the motion, noting in its response that it has consulted with Defendant's probation officer regarding Defendant's performance. The probation officer reports that Defendant has done very well under supervision and has less than three-and-a-half months remaining of supervised release.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 84), is **GRANTED**.

Signed: October 8, 2021

*Max O. Cogburn Jr.*
United States District Judge